# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:17-cr-139-CEH-TGW

WILLIE RAYMOND LOFTON, JR.

_____

## FINAL REVOCATION HEARING

Pursuant to the Report and Recommendation on Violation of Supervised Release of the United States Magistrate Judge (Doc.88), entered July 12, 2022. A Final Revocation Hearing was previously scheduled for August 17, 2022 at 1:30 PM before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 1st day of August 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services